IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD J. KELLY; JON PIZZICA; CHRISTOPHER STEINBRUNN; and BARBARA ANN LECHENE, individually and on behalf of all others similarly situated, | Civil Action No.: 2:10-cv-01702 |
| Plaintiffs, | |
| v. | |
| CAREER EDUCATION CORPORATION; LE CORDON BLEU INSTITUTE OF CULINARY ARTS, INC.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

## ▆▆▆▆▆▆ ORDER GRANTING FINAL APPROVAL OF SETTLEMENT

Having considered the Joint Stipulation and Settlement Agreement ("Stipulation") and all other materials properly before the Court and having conducted an inquiry pursuant to Section 216(b) of the Fair Labor Standards Act and Rule 23 of the Federal Rules of Civil Procedure, the Court finds that the Stipulation was entered by all parties in good faith, and the Stipulation is approved. The Court will simultaneously, or the Clerk of the Court shall, enter the Judgment provided in the Stipulation. Defendants, Career Education Corporation and Le Cordon Bleu Institute of Culinary Arts, Inc., shall make the payments to the Participating Claimants, Class Representatives and Class Counsel as provided for in the Stipulation.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/19/2011

The Honorable Arthur J. Schwab

DB1 67145504